No. 1207. CITY OF PHILADELPHIA ET AL. *v.* UNITED STATES. June 4, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.

Mr. *Ernest Lowengrund* for petitioners. *Assistant Solicitor General Cox, Messrs. Joseph Edward Williams, Roger P. Marquis* and *Robert L. Stern* for the United States.